IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

COUNTRY MILL FARMS, LLC and
STEPHEN TENNES,

Plaintiffs,

Case No. 1:17-cv-00487-PLM-RSK

v.

HON. PAUL L. MALONEY

CITY OF EAST LANSING,

Defendant.

---

David Andrew Cortman
Rory Thomas Gray
Attorneys for Plaintiffs
ALLIANCE DEFENDING FREEDOM (GA)
1000 Hurricane Shoals Rd, NW, Ste. D-1100
Lawrenceville, GA 30043
(770-337-0774)
dcortman@adflegal.org
rgray@adflegal.org

James R. Wierenga
Jeshua Thomas Lauka
Attorneys for Plaintiffs
DAVID & WIERENGA PC
99 Monroe Ave., NW, Ste. 1210
Grand Rapids, MI 49503
(616-454-3883)
jim@dwlawpc.com
jeshua@dwlawpc.com

Jeremy David Tedesco
Jonathan Andrew Scruggs
Samuel David Green
Katherine L. Anderson
Attorneys for Plaintiffs
ALLIANCE DEFENDING FREEDOM (AZ)
15100 N. 90th St.
Scottsdale, AZ 85260
(480-444-0020)
jtedesco@adflegal.org
jscruggs@adflegal.org
sgreen@adflegal.org
kanderson@adflegal.org

Michael S. Bogren (P34835)
Attorney for Defendant
City of East Lansing
PLUNKETT COONEY
950 Trade Centre Way, Suite 310
Kalamazoo, Michigan 49002
(269-226-8822)
mbogren@plunkettcooney.com

Thomas M. Yeadon
Attorney for Defendant
City of East Lansing
McGINTY HITCH HOUSEFIELD PERSON
YEADON & ANDERSON PC
601 Abbott Rd.
P.O. Box 2502
East Lansing, MI 48826
(517-351-0280)
tomyeadon@megintylaw.com

**STIPULATION AND ORDER EXTENDING TIME TO ANSWER OR OTHERWISE PLEAD IN RESPONSE TO PLAINTIFFS' VERIFIED AMENDED COMPLAINT**

**IT IS HEREBY STIPULATED AND AGREED**, by and between counsel hereto, that the Defendant, City of East Lansing, shall respond to the Plaintiffs' Verified Amended Complaint on or before July 14, 2017.

DATED: July 5, 2017

ALLIANCE DEFENDING FREEDOM

BY: /s/ Katherine L. Anderson
Katherine L. Anderson
Attorney for Plaintiffs

DATED: July 5, 2017

PLUNKETT COONEY

BY: /s/ Michael S. Bogren
Michael S. Bogren (P34835)
Attorney for Defendant
City of East Lansing

BUSINESS ADDRESS:
950 Trade Centre Way, Suite 310
Kalamazoo, MI 49002
Direct Dial: 269/226-8822

# ORDER

At a session of said Court, held in the United States District Court for the Western District of Michigan, Southern Division, on this ______ day of July, 2017.

PRESENT: Paul L. Maloney, U.S. District Court Judge

This matter having come before the Court through stipulation, and the Court being fully advised in the premises;

**IT IS ORDERED**, that the above Defendant, the City of East Lansing, has until **July 14, 2017**, to file its answer or to otherwise plead in response to the Plaintiffs' Verified Amended Complaint.

____________________________________
Hon. Paul L. Maloney
U.S. District Court Judge

Open.26408.72010.18712246-1