IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

COUNTRY MILL FARMS, LLC and
STEPHEN TENNES,

    Plaintiffs,                                        Case No.  1:17-cv-00487-PLM-RSK

v.                                                  HON. PAUL L. MALONEY

CITY OF EAST LANSING,

    Defendant.
_____

| Katherine L. Anderson | Michael S. Bogren (P34835) |
|---|---|
| Attorneys for Plaintiffs | Attorney for Defendant |
| ALLIANCE DEFENDING FREEDOM (AZ) | City of East Lansing |
| 15100 N. 90th St. | PLUNKETT COONEY |
| Scottsdale, AZ  85260 | 950 Trade Centre Way, Suite 310 |
| (480-444-0020) | Kalamazoo, Michigan   49002 |
| kanderson@adrlegal.org | (269-226-8822) |
|  | mbogren@plunkettcooney.com |
| James R. Wierenga | Thomas M. Yeadon |
| Jeshua Thomas Lauka | Attorney for Defendant |
| Attorneys for Plaintiffs | City of East Lansing |
| DAVID & WIERENGA PC | McGINTY HITCH HOUSEFIELD PERSON |
| 99 Monroe Ave., NW, Ste. 1210 |   YEADON & ANDERSON PC |
| Grand Rapids, MI  49503 | 601 Abbott Rd. |
| (616-454-3883) | P.O. Box 2502 |
| jim@dwlawpc.com | East Lansing, MI  48826 |
| jeshua@dwlawpc.com | (517-351-0280) |
|  | tomyeadon@megintylaw.com |

**MOTION TO DISMISS**

        The defendant, City of East Lansing, through its attorneys PLUNKETT COONEY, moves for an order dismissing the plaintiffs' Amended Complaint with prejudice pursuant to Fed. R. Civ. P. 12(b)(6), as the Amended Complaint fails to state a claim upon which relief can be granted.

1

This motion is based on the Brief in Support filed with this motion and the arguments and legal authorities cited in the Brief in Support.

The defendant has complied with Local Rule 7.1(d) by contacting opposing counsel and ascertaining the motion will be opposed.

                                              Respectfully submitted,

DATED:  July 14, 2017            PLUNKETT COONEY

                                      BY:   /s/Michael S. Bogren
                                                Michael S. Bogren (P34835)
                                                Attorney for Defendant

                                        BUSINESS ADDRESS:
                                        950 Trade Centre Way, Suite 310
                                        Kalamazoo, Michigan   49002
                                        (269-226-8822)
                                        mbogren@plunkettcooney.com

Open.26408.72010.18769135-1