UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

# MINUTES

**CASE CAPTION:** Country Mill Farms, LLC, et al v. City of East Lansing

**Case Number:** 1:17-cv-487
**Date:** January 12, 2018
**Time:** 1:30 p.m. - 1:36 p.m.
**Place:** Kalamazoo
**Judge:** Paul L. Maloney

**APPEARANCES**

   Plaintiff(s): Katherine L. Anderson, Jonathan Andrew Scruggs, and John J Bursch
   Defendant(s): Michael S. Bogren

**PROCEEDINGS**

   Nature of Hearing: Telephone Rule 16 scheduling conference conducted; case management order to issue.

Court Reporter: Proceedings not recorded          Case Manager: Amy Redmond