**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

COUNTRY MILL FARMS, LLC and
STEPHEN TENNES,

Plaintiffs,

v.

CITY OF EAST LANSING,

Defendant.

Case No. 1:17-cv-00487-PLM-RSK

HON. PAUL L. MALONEY

---

David Andrew Cortman
Rory Thomas Gray
Attorneys for Plaintiffs
ALLIANCE DEFENDING FREEDOM (GA)
1000 Hurricane Shoals Rd, NW, Ste. D-1100
Lawrenceville, GA 30043
(770-337-0774)
dcortman@adflegal.org
rgray@adflegal.org

James R. Wierenga
Jeshua Thomas Lauka
Attorneys for Plaintiffs
DAVID & WIERENGA PC
99 Monroe Ave., NW, Ste. 1210
Grand Rapids, MI 49503
(616-454-3883)
jim@dwlawpc.com
jeshua@dwlawpc.com

Jeremy David Tedesco
Jonathan Andrew Scruggs
Samuel David Green
Katherine L. Anderson
Attorneys for Plaintiffs
ALLIANCE DEFENDING FREEDOM (AZ)
15100 N. 90th St.
Scottsdale, AZ 85260
(480-444-0020)
jtedesco@adflegal.org
jscruggs@adflegal.org
kanderson@adflegal.org

Michael S. Bogren (P34835)
Attorney for Defendant
City of East Lansing
PLUNKETT COONEY
950 Trade Centre Way, Suite 310
Kalamazoo, Michigan 49002
(269-226-8822)
mbogren@plunkettcooney.com

Thomas M. Yeadon
Attorney for Defendant
City of East Lansing
McGINTY HITCH HOUSEFIELD PERSON YEADON & ANDERSON PC
601 Abbott Rd.
P.O. Box 2502
East Lansing, MI 48826
(517-351-0280)
tomyeadon@megintylaw.com

**STIPULATION AND ORDER AMENDING CASE MANAGEMENT ORDER**

IT IS HEREBY STIPULATED, by the parties, through undersigned counsel, that the deadline provided in the Court's Case Management Order for "Completion of Discovery" shall be extended from September 14, 2018 to November 16, 2018.

IT IS FURTHER STIPULATED by the parties, through their respective counsel, that the deadline provided in the Court's Case Management Order for "Dispositive Motions" shall be extended from October 26, 2018 to January 10, 2019.

All other dates in the Case Management Order shall remain unchanged.

The extension of the dates in the Case Management Order is necessitated because lead counsel for the defendants is about to be changed and additional time is required for counsel to coordinate their schedules in order to complete discovery.

Dated: July 19, 2018

By /s/Katherine L. Anderson (w/permission)
Katherine L. Anderson
Attorney for Plaintiffs
ALLIANCE DEFENDING FREEDOM (AZ)
15100 N. 90th St.
Scottsdale, AZ 85260
(480-444-0020)
kanderson@adflegal.org

Dated: July 19, 2018

By: /s/Michael S. Bogren
Michael S. Bogren (P34835)
Attorney for Defendant
City of East Lansing
PLUNKETT COONEY
950 Trade Centre Way, Suite 310
Kalamazoo, Michigan 49002
(269-226-8822)
mbogren@plunkettcooney.com

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

COUNTRY MILL FARMS, LLC and
STEPHEN TENNES,

Plaintiffs,

Case No. 1:17-cv-00487-PLM-RSK

v.

HON. PAUL L. MALONEY

CITY OF EAST LANSING,

Defendant.

---

**ORDER AMENDING CASE MANAGEMENT ORDER**

The parties having stipulated and the Court being duly advised in the premises;

IT IS HEREBY ORDERED that the deadline provided in the Court's Case Management Order for "Completion of Discovery" shall be extended from September 14, 2018 to November 16, 2018.

IT IS FURTHER ORDERED that the deadline provided in the Court's Case Management Order for "Dispositive Motions" shall be extended from October 26, 2018 to January 10, 2019.

__________________________________
PAUL L. MALONEY
U.S. DISTRICT JUDGE