IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

COUNTRY MILL FARMS, LLC and
STEPHEN TENNES,

    Plaintiffs,                               Case No.  1:17-cv-00487-PLM-RSK

v.                                         HON. PAUL L. MALONEY

CITY OF EAST LANSING,

    Defendant.

_____

**DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

The defendant City of East Lansing moves for summary judgment pursuant to Fed. R. Civ. P. 56(c) as there are no genuine issues of material fact and the defendant is entitled to judgment as a matter of law.

This motion is based on the Brief in Support filed with the motion, the arguments and legal authorities in the brief and the record evidence cited in the brief that is appended to the brief.

                                                   Respectfully submitted,

DATED:  January 24, 2019          PLUNKETT COONEY


                                                     BY:   /s/Michael S. Bogren
                                                           Michael S. Bogren (P34835)
                                                           Attorney for Defendant
                                                  BUSINESS ADDRESS:
                                                  950 Trade Centre Way, Suite 310
                                                  Kalamazoo, Michigan   49002
                                                  (269-226-8822)
                                                  mbogren@plunkettcooney.com