UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

# MINUTES

**CASE CAPTION:** Country Mill Farms, LLC, et al v. City of East Lansing

**Case Number:** 1:17-cv-487
**Date:** April 12, 2019
**Time:** 1:31 p.m. - 2:22 p.m.
**Place:** Kalamazoo
**Judge:** Paul L. Maloney

**APPEARANCES**

    Plaintiffs: Katherine L. Anderson and John J Bursch

    Defendant: Michael S. Bogren

**PROCEEDINGS**

Nature of Hearing: Hearing on cross motions for summary judgment (ECF Nos. 67 and 70); motions taken under advisement, opinion and order to issue

Court Reporter: Kathleen Thomas          Case Manager: Amy Redmond