IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**Country Mill Farms, LLC** and **Stephen Tennes**,

        Plaintiffs,

v.

**City of East Lansing**,

        Defendant.

Case No. 1:17-cv-00487-PLM-RSK

Honorable Paul L. Maloney

## Order Vacating the Trial

The parties having filed a joint motion to vacate the trial and associated pretrial dates, and the Court being duly advised:

ORDER that the trial previously set for January 28, 2020, has been **vacated**. The Court also vacates the associated pretrial dates, including the deadline to file Motions in Limine on December 23, 2019, the deadline to file a Proposed Final Pretrial Order on December 24, 2019, and the final pretrial conference currently set for January 6, 2020. A second amended case management order shall issue.

Date: December 18, 2019

/s/ Paul L. Maloney
Honorable Paul L. Maloney