IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **Country Mill Farms, LLC** and **Stephen Tennes**, <br><br> Plaintiffs, <br><br> v. <br><br> **City of East Lansing**, <br><br> Defendant. | Case No. 1:17-cv-00487-PLM-RSK <br><br> Honorable Paul L. Maloney |

## Order Adjourning the Trial

The parties having filed a joint motion to vacate and adjourn the trial, final pretrial conference, and associated pretrial dates, and the Court having held a conference with the parties on July 1, 2020, and being duly advised:

ORDER that the trial previously set for September 1, 2020, has been **adjourned**. The Court also vacates the associated pretrial dates, including the deadline to file Motions in Limine on August 3, 2020, the deadline to file a Proposed Final Pretrial Order on August 6, 2020, and the Final Pretrial Conference currently set for August 17, 2020.

The Court will issue a revised case management order with a trial date in 2021.

Date:  July 14, 2020

/s/ Paul L. Maloney
Honorable Paul L. Maloney
United States District Judge