UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

COUNTRY MILL FARMS, LLC, et al.,

       Plaintiffs,                      Case No. 1:17–cv–487

v.                                 Hon. Paul L. Maloney

EAST LANSING, CITY OF,

       Defendant.
_____/

## NOTICE OF HEARING

TAKE NOTICE that a hearing has been scheduled as set forth below:

Type of hearing(s):    Final Pretrial Conference
Date/Time:              July 6, 2021   11:00 AM
District Judge:        Paul L. Maloney
Place/Location:       by video

*Change in time and for conference to be conducted via video*

                                               PAUL L. MALONEY
                                               United States District Judge

Dated:  June 24, 2021           By:   /s/ Amy C. Redmond_____
                                              Case Manager