IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **Country Mill Farms, LLC** and **Stephen Tennes**,<br><br>            Plaintiffs,<br>   v.<br><br>**City of East Lansing**,<br><br>            Defendant. | Case No. 1:17-cv-00487-PLM-RSK<br><br>Honorable Paul L. Maloney |

### Order Granting Plaintiffs' Motion for Leave to Seal Trial Exhibits

Plaintiffs Country Mill Farms, Inc. and Stephen Tennes having filed a Motion for Leave to Seal Trial Exhibits and the Court being duly advised:

ORDER that Plaintiffs' Motion for Leave to Seal Trial Exhibits is GRANTED. Plaintiffs shall file Trial Exhibits 70, 71, 73, 74, and 77, and trial testimony related to those exhibits, under seal pursuant to W.D. Mich. LCivR 10.6.

Date:  July 15, 2021             /s/ Paul L. Maloney
                                 Paul L. Maloney
                                 United States District Judge