UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

COUNTRY MILL FARMS, LLC and )
STEPHEN TENNES, )
               Plaintiffs, )
                                       )   No. 1:17-cv-487
-v- )
                                       )   Honorable Paul L. Maloney
CITY OF EAST LANSING, )
              Defendant. )
                                       )

## ORDER REGARDING EXHIBITS
## TO WHICH AN OBJECTION WAS FILED

The Court has reviewed the exhibits to which an objection has been lodged in the Final Pretrial Order. Having reviewed the exhibits and the legal basis for the objection, the Court resolves the objections as follows:

### Defense Objections to Plaintiff's Exhibits

A) Exhibits 35, 37, and 38-40 - **OVERRULED** as to any email sent by a city official. Emails in the exhibits sent by non-city officials are not admissible for the truth of matters asserted but are admissible only to place in context the responses thereto by city officials.

B) Exhibit 36 - **SUSTAINED.**

C) Exhibits 41 and 44-48 - **SUSTAINED.**

D) Exhibits 63 and 66-69, ruling reserved pending a foundation being established and relevancy found.

E) Exhibits 64-65 - **SUSTAINED.**

    F) Exhibits 70, 72, 79-82, 86, and 92 reserve ruling.

    G) Exhibit 99 - **OVERRULED**.

    H) Exhibit 100 - **SUSTAINED**, duplicate of exhibit 99.

    I) Exhibits 102, 105, and 109-111- **SUSTAINED**.

    J) Exhibits 112, 113, and 123 ruling reserved.

## Plaintiff's Objections to Defense Exhibits

1) Exhibits D and E - **SUSTAINED**.

2) Exhibits F, G, and H - **OVERRULED**.

**IT IS SO ORDERED.**

Date: July 21, 2021                        /s/ Paul L. Maloney
                                                     Paul L. Maloney
                                                     United States District Judge