IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **Country Mill Farms, LLC** and **Stephen Tennes**,<br><br>                Plaintiffs,<br><br>     v.<br><br>**City of East Lansing**,<br><br>                Defendant. | Case No. 1:17-cv-00487-PLM-RSK<br><br>Honorable Paul L. Maloney<br><br>NOTICE OF ATTORNEY NAME, E-MAIL ADDRESS, AND ADDRESS CHANGE |

PLEASE TAKE NOTICE that on April 21, 2023, Attorney Rachel Csutoros's last name changed to Rouleau. Her new e-mail address is rrouleau@adflegal.org. Her new address is 44180 Riverside Parkway, Lansdowne, Virginia 20176. We respectfully request that the docket be updated accordingly.

Respectfully submitted this 23rd day of June, 2023.

By:  s/ Rachel Rouleau
Rachel Rouleau (MA Bar No. 706225)*
**Alliance Defending Freedom**
44180 Riverside Parkway
Lansdowne, VA 20176
Telephone: (571) 707-4655
Fax: (571) 707-4790
rrouleau@adflegal.org

Jeremy D. Tedesco (AZ Bar No. 023497)*
Jonathan A. Scruggs (AZ Bar No. 030505)*
Samuel D. Green (AZ Bar No. 032586)*
Katherine L. Anderson (AZ Bar No. 033104)*
Ryan J. Tucker (AZ Bar No. 034382)*
Greggory R. Walters (AZ Bar No. 036590)*
**Alliance Defending Freedom**
15100 N. 90th Street

James R. Wierenga (P48946)
Jeshua T. Lauka (P71958)
**David & Wierenga, P.C.**
99 Monroe Avenue, N.W.
Suite 1210
Grand Rapids, MI 49503
Telephone: (616) 454–3883
Facsimile: (616) 454–3988
jim@dwlawpc.com
jeshua@dwlawpc.com

John Bursch (P57679)
**Bursch Law PLLC**
9339 Cherry Valley Avenue, SE
Suite 78
Caledonia, MI 49316

| | |
|---|---|
| Scottsdale, AZ  85260<br>Telephone: (480) 444-0020<br>Fax: (480) 444-0028<br>jtedesco@adflegal.org<br>jscruggs@adflegal.org<br>sgreen@adflegal.org<br>kanderson@adflegal.org<br>rtucker@adflegal.org<br>gwalters@adflegal.org | Telephone: (616) 450-4235<br>jbursch@burschlaw.com |

David A. Cortman (GA Bar No. 188810)\*
Rory T. Gray (GA Bar No. 880715)\*
**Alliance Defending Freedom**
1000 Hurricane Shoals Rd. NE
Suite D-1100
Lawrenceville, GA 30043
Telephone: (770) 339-0774
Fax: (770) 339-6744
dcortman@adflegal.org
rgray@ADFlegal.org

Hailey Vrdolyak (IL Bar No. 6333515)\*
**Alliance Defending Freedom**
440 First Street NW, Suite 600
Washington, D.C. 20001
Telephone: (202) 393-8690
Fax: (202) 347-3622
hvrdolyak@adflegal.org

ATTORNEYS FOR PLAINTIFFS

\*Admitted to this Court

## CERTIFICATE OF SERVICE

I hereby certify that on June 23rd, 2023, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following counsel of record who are registered users of the ECF system:

Michael S. Bogren
Plunkett Cooney
333 Bridge St. NW, Suite 530
Grand Rapids, MI 49504
269-615-2126
mbogren@plunkettcooney.com

Audrey J. Forbush
Plunkett Cooney
Plaza One Financial Ct.
111 E. Court St., Ste. 1B
Flint, MI 48502
810-342-7014
aforbush@plunkettcooney.com

Thomas M. Yeadon
McGinty Hitch Housefield Person
Yeadon & Anderson PC
601 Abbott Rd.
P.O. Box 2502
East Lansing, MI 48826
517-351-0280
tomyeadon@mcgintylaw.com

By: s/ Rachel Rouleau
Rachel Rouleau (MA Bar No. 706225)*
**Alliance Defending Freedom**
11480 Riverside Parkway
Lansdowne, VA 20176
Telephone: (571) 707-4655
Fax: (571) 707-4790
rrouleau@adflegal.org

ATTORNEY FOR PLAINTIFFS