UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

COUNTRY MILL FARMS, LLC, et al.,

      Plaintiffs,                             Case No. 1:17–cv–00487–PLM–RSK

v.                                       Hon. Paul L. Maloney

EAST LANSING, CITY OF,

      Defendant.
_____/

## NOTICE OF HEARING

TAKE NOTICE that a hearing has been scheduled as set forth below:

Type of hearing(s):    Settlement Conference
Date/Time:              November 9, 2023   01:30 PM
Magistrate Judge:     Ray Kent
Place/Location:        by video

*THE COURT WILL FURNISH THE PARTIES WITH THE VIDEO LINK.*

                                              RAY KENT
                                              U.S. Magistrate Judge

Dated:  November 6, 2023        By:   /s/ Faith Hunter Webb
                                                      Judicial Assistant