UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

COUNTRY MILL FARMS, LLC., et al,

        Plaintiffs,          Case No. 1:17-CV-487

v          Hon. Paul L. Maloney

CIYT OF EAST LANSING,

        Defendant.
_____/

**ORDER SETTING DEADLINE FOR CLOSING DOCUMENTS**

A settlement of this matter having been placed on the record at a settlement conference held November 9, 2023;

**IT IS ORDERED** that closing documents shall be filed with the Court on or before **December 7, 2023**.

Dated: November 14, 2023          /s/ RAY KENT
        Ray Kent
        United States Magistrate Judge