IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**Country Mill Farms, LLC** and **Stephen Tennes**,

        Plaintiffs,

v.

**City of East Lansing**,

        Defendant.

Case No. 1:17-cv-00487-PLM-RSK

Honorable Paul L. Maloney

## AGREED ORDER ENTERING FINAL JUDGMENT FOR PLAINTIFFS AND GRANTING PERMANENT INJUNCTION

Plaintiffs Country Mill Farms, LLC, and Stephen Tennes filed suit against the City of East Lansing for violating Plaintiffs' rights under the United States and Michigan Constitutions, namely Plaintiffs' rights to free speech and free exercise of their religious beliefs. The case resulted in a two-day bench trial in July 2021.

Following that trial, on August 21, 2023, this Court issued its Opinion and Order Granting Plaintiffs' Rule 52(c) Motion, ECF No. 149, and holding that "Plaintiffs are entitled to judgment on their claim for violation of the Free Exercise Clause based on individualized assessments." Op. and Order Granting Pls.' Rule 52(c) Mot., ECF No. 149.

The parties settled the remaining issues in the case by agreement. That settlement includes a joint agreed request that the Court enter judgment for Plaintiffs and a permanent injunction. Defendants will also pay $41,199 in damages to Plaintiffs, and an additional $783,801 to Plaintiffs' counsel to reimburse attorneys' fees and costs.

It is therefore Ordered and Decreed:

## I. JUDGMENT

The Court enters final Judgment for Plaintiffs Stephen Tennes and Country Mill Farms on the Free Exercise claim for the reasons discussed in the Court's Opinion and Order Granting Plaintiffs' Rule 52(c) Motion, ECF No. 149, issued August 21, 2023.

## II. PERMANENT INJUNCTION

The Court orders the following permanent injunction be entered:

The City of East Lansing may enforce the Vendor Guidelines against Country Mill Farms, but with the exception that Country Mill Farms may not be found in violation of the Guidelines for declining to host same-sex wedding ceremonies at Country Mill Farms.

## III. REMAINING CLAIMS

Based on the parties' resolution and entry into a Release and Settlement Agreement, the remaining claims are dismissed with prejudice and without additional costs or attorney fees.

It is so ORDERED.

This is the final Order and closes the case.

Date: December 15, 2023               /s/ Paul L. Maloney
                                      Honorable Paul L. Maloney